# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2018

157105

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

LEO ARTHUR FIELD, II,
      Defendant-Appellee.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 157105
COA: 339526
Marquette CC: 16-054763-FC

On order of the Court, the application for leave to appeal the December 11, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2018



Clerk

p0523